COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| NOBLE CAPITAL VENTURE FUND, LLC; TXPLCA, LLC; and NOBLE CAPITAL VENTURES, LLC, | § § § | No. 08-22-00208-CV |
| Appellants, | § | Appeal from the |
| v. | § | 98th Judicial District Court |
| REVELRY ON THE BOULEVARD, LLC; REVELRY KITCHEN AND BAR, LLC; CORNER BAR, LLC; LOCHRIE INVESTMENTS, LLC; and JONATHAN LOCHRIE, | § § § § | of Travis County, Texas (TC# D-1-GN-21-003474) |
| Appellees. | § | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below denying Appellants' motion to dismiss. Further, the Court lacks jurisdiction to review the denial of the Rule 91a motion to dismiss. We further order that Appellees recover from Appellants all costs of appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF AUGUST, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.